[No. 8891–0–III.  Division Three.  June 14, 1988.]

ANTHONY KIRK BORGER, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 87–2–00053–5, Jo Anne Alumbaugh, J., entered October 6, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ. Now published at 51 Wn. App. 942.

[No. 8577–5–III.  Division Three.  June 14, 1988.]

JOLENE CRAWFORD, *Appellant*, v. TRI–CITIES RESIDENTIAL SERVICE, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 85–2–00672–8, Duane E. Taber, J., entered April 22, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 10803–8–II.  Division Two.  June 15, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN JOSEPH KEGEBEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 113596R60, Arthur W. Verharen, J., entered January 20, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.